COM.

v.

MCCALLUM, K.

675 WDA 2016

Superior Court of Pennsylvania.

07/06/2017

CP–02–CR–0006938–2012 (Allegheny)

Affirmed—Application to Withdraw as Counsel Granted

GRIMM, M.

v.

GRAPPONE, J.

1384 WDA 2016

Superior Court of Pennsylvania.

07/06/2017

No. 2013 GN 2161

(Blair)

Affirmed

COM.

v.

JORDAN, D.

1574 WDA 2016

Superior Court of Pennsylvania.

07/06/2017

CP–25–CR–0003348–2012 (Erie)

Affirmed

COM.

v.

EDWARDS, Q.

3075 EDA 2015

Superior Court of Pennsylvania.

07/07/2017

CP–51–CR–0013684–2014 (Philadelphia)

Affirmed

COM.

v.

INGRAM, J.

1262 EDA 2016

Superior Court of Pennsylvania.

07/07/2017

CP–23–CR–0001698–2012 (Delaware)

Affirmed